# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# CLARKSBURG

**SCOTT PIERCE,**

    **Plaintiff,**

v.                                                                 **Civil Action No.: 1:18-CV-219**
                                                                  **JUDGE KEELEY**

**CHRIS VASILAKIS,**

    **Defendant.**

## REPORT AND RECOMMENDATION

This matter is before the undersigned pursuant to an Order of Referral (ECF No. 4) entered on December 11, 2018, by Senior United States District Judge Keeley. On December 10, 2018, Plaintiff filed a Complaint against Chris Vasilakis alleging a medical malpractice claim for alleged injuries that occurred during or immediately after a surgery that occurred on or about April 28, 2017. (ECF No. 1, at 6). On February 1, 2019, the undersigned entered an Order requiring Defendant to pay his filing fees associated with the civil lawsuit unless financial conditions warranted the granting of *in forma pauperis* status.

On February 19, 2019, Plaintiff filed a Response stating that he has been paying the filing fees out of his prisoner account for approximately 20% a month beginning on August 2, 2018. On March 1, 2019, the undersigned entered an Order stating that the fees to which Defendant was referring were being used to pay previous filing fees, in case 3:18-CV-85, and that those fees are not being applied to this matter. The undersigned also ordered that Defendant either pay the filing fees in <u>this</u> matter within 21 days or file a motion to proceed *in forma pauperis*. (ECF No. 11).

As of May 9, 2019, Plaintiff has not paid any of the filing fees nor has he filed a motion to proceed *in forma pauperis*.[1] Accordingly, the undersigned **RECOMMENDS** that this matter be dismissed without prejudice.

Any party shall have fourteen days from the date of receipt of this Report and Recommendation within which to file with the Clerk of this Court, **specific written objections, identifying the portions of the Report and Recommendation to which objection is made, and the basis of such objection.** A copy of such objections should also be submitted to the United States District Judge. Objections shall not exceed ten (10) typewritten pages or twenty (20) handwritten pages, including exhibits, unless accompanied by a motion for leave to exceed the page limitations, consistent with LR PL P 12.

**Failure to file written objections as set forth above shall constitute a waiver of de novo review by the District Court and a waiver of appellate review by the Circuit Court of Appeals.** Snyder v. Ridenour, 889 F.2d 1363 (4th Cir. 1989); Thomas v. Arn, 474 U.S. 140 (1985); Wright v. Collins, 766 F.2d 841 (4th Cir. 1985); United States v. Schronce, 727 F.2d 91 (4th Cir. 1984).

The Clerk of the Court is **DIRECTED** to provide a Copy of this Report and Recommendation of counsel of record and all parties proceeding *pro se*, as provided in the Administrative Procedures for Electronic Case Filing in the United States District Court for the Northern District of West Virginia.

Date: May 9, 2019

MICHAEL JOHN ALOI
UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff was provided with the "Court Approved IFP" in the event Plaintiff chose to move to proceed *in forma pauperis*. (ECF No. 3).